UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 3:18-865 |
|---|---|---|
| v. | ) | |
| JOHN HUNT | ) | **ORDER FOR BENCH WARRANT** |

The Clerk of Court is hereby directed to issue a warrant for the above-named defendant as requested by the United States Attorney. Amount and conditions of bond to be set by the United States Magistrate Judge before whom the defendant initially appears.

_____
UNITED STATES MAGISTRATE JUDGE

September 18, 2018

Columbia, South Carolina

I SO MOVE:

SHERRI A. LYDON
UNITED STATES ATTORNEY

BY: _____
JOHN C. POTTERFIELD, ID No. 6472
Assistant United States Attorney
1441 Main Street, Suite 500
Columbia, South Carolina 29201
(803) 929-3000
john.potterfield@usdoj.gov